IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLETE REO HART,

      Plaintiff,                    No. CIV S-05-2172 DFL PAN P

      vs.

WILLIAMS, et al.,

      Defendants.           FINDINGS & RECOMMENDATIONS

_____/

      By order filed April 19, 2006, the court dismissed plaintiff's compliant with 30 days to file an amended complaint. The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, plaintiff may file written objections. The document should be captioned "Objections to Magistrate Judge's Findings and

/////

/////

1

1  Recommendations." Failure to file objections within the specified time may waive the right to
2  appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  DATED: May 31, 2006.

                                                             UNITED STATES MAGISTRATE JUDGE

7  \004
8  \hart2172.fta